# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISAAC CHARLES POOLE,

   Petitioner,

        v.

WARDEN SPAULDING,

   Respondent.

NO. 3:17-CV-0232

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 5th day of March, 2019, **IT IS HEREBY ORDERED** that:

(1)    The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

(2)    The Clerk of Court is directed to mark the case as **CLOSED**.

                                        /s/ A. Richard Caputo  
                                        A. Richard Caputo  
                                        United States District Judge